# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-178
LT Case No. 16-2018-CF-007358-AXXX-XX-MA

_____

LEONARD BELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.


August 29, 2023

PER CURIAM.

AFFIRMED. *See Parks v. State*, No. 1D22-1566, 2023 WL 4924857 (Fla. 1st DCA Aug. 2, 2023); *Malden v. State*, 359 So. 3d 442, 443 n1 (Fla. 1st DCA 2023).


EDWARDS, C.J., HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____